**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NOVARTIS INTERNATIONAL PHARMACEUTICAL AG, <br><br> *Plaintiff*, <br><br> v. <br><br> INCYTE CORPORATION, <br><br> *Defendant*. | Case No. 20-cv-00400-GHW <br> Hon. Gregory H. Woods |

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**
**OF PLAINTIFF NOVARTIS INTERNATIONAL PHARMACEUTICAL AG**
**<u>PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6)</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and supporting papers, Defendant Incyte Corporation hereby moves this Court for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) dismissing with prejudice the complaint of Plaintiff Novartis International Pharmaceutical AG.   Response and reply papers are to be filed pursuant to the Court's March 30, 2020 Order (ECF No. 26).

New York, New York
Dated:  April 20, 2020

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP

By:  /s/ Richard I. Werder, Jr.
Richard I. Werder, Jr.
F. Dominic Cerrito
Eric Stops
Daniel P. Mach
51 Madison Avenue, 22nd Floor
New York, New York  10010
Tel. (212) 849-7000
Fax (212) 849-7400
rickwerder@quinnemanuel.com
nickcerrito@quinnemanuel.com
ericstops@quinnemanuel.com
danielmach@quinnemanuel.com

*Attorneys for Defendant Incyte Corporation*