# EXHIBIT 2



NOVARTIS INTERNATIONAL
PHARMACEUTICAL LTD

By: _____
Name:
Title:

INCYTE CORPORATION

By: _____
Name: Patricia A Schreck
Title: EVP + General Counsel