# EXHIBIT 3



| NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD | INCYTE CORPORATION |
|---|---|
| By: _____ <br> Name: TIMOTHY E. FRIES <br> Title: DIRECTOR <br><br> MICHAEL JONES <br> DIRECTOR | By: _____ <br> Name: PATRICIA S. ANDREWS <br> Title: EVP - Chief Commercial Officer |