# EXHIBIT 4

**AMENDMENT NO. 3**

**TO**

**COLLABORATION AND LICENSE AGREEMENT**

THIS AMENDMENT NO. 3 TO COLLABORATION AND LICENSE AGREEMENT (this "Amendment No. 3") is entered into as of the 30 day of September, 2014 (the "Effective Date"), by and between Incyte Corporation, a Delaware corporation having an office at Experimental Station, Route 141 & Henry Clay Road, Wilmington, Delaware ("Incyte"), and Novartis International Pharmaceutical Ltd., a limited company organized under the laws of Bermuda having an office at 131 Front Street, Hamilton, Bermuda HM 12 ("Novartis").

WHEREAS, Incyte and Novartis entered into that certain Collaboration and License Agreement dated as of November 24, 2009 (as amended to date, the "Original Agreement");

WHEREAS, Incyte and Novartis wish to amend the Original Agreement pursuant to and in accordance with the terms and conditions of this Amendment No. 3.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby agree as follows:



2.2    Incyte Royalties to Novartis. The first paragraph of Section 8.3(b) (Incyte Royalties to Novartis) of the Original Agreement is hereby amended to provide that Incyte's obligation to pay royalties on Annual Net Sales of JAK Licensed Products in the JAK Field in the Incyte Territory in accordance with the Original Agreement shall apply with respect to all Net Sales of JAK Licensed Products occurring on or after September 30, 2014, irrespective of

reimbursement and pricing approvals (with the first Calendar Year for purposes of Annual Net Sales being the period October 1 through December 31, 2014).



IN WITNESS WHEREOF, the Parties have caused their duly authorized officers to execute and acknowledge this Agreement as of the date first written above.

NOVARTIS INTERNATIONAL                    INCYTE CORPORATION
PHARMACEUTICAL LTD.

By: _____           By: _____
Name:                                    Name: Hervé Hoppenot
Title:                                   Title:  President and CEO


NOVARTIS INTERNATIONAL
PHARMACEUTICAL LTD.

By: _____
Name:
Title:

IN WITNESS WHEREOF, the Parties have caused their duly authorized officers to execute and acknowledge this Agreement as of the date first written above.

NOVARTIS INTERNATIONAL                    INCYTE CORPORATION
PHARMACEUTICAL LTD.

By: _____              By: _____
Name: THMOTHY (C.) FABRIES               Name: Hervé Hoppenot
Title: DIRECTOR                          Title:  President and CEO

NOVARTIS INTERNATIONAL
PHARMACEUTICAL LTD.

By: _____
Name: M. TONESAN AMISSAH
Title: ALTERNATE DIRECTOR

3