UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NOVARTIS PHARMA AG          :

                                          :          ORDER
             Plaintiff,

                                          :          20 Civ. 400 (GHW) (GWG)
   -v.-
                                          :

INCYTE CORPORATION          :

                                          :
             Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      With regard to footnote 2 of docket # 111, the Court's Individual Practices (paragraph 2.A) state in pertinent part that "if a party believes that [a discovery] issue must be decided based on formal briefing, the party must so state in a separate letter application and shall give the reasons therefor. In the absence of such an application, the Court may decide the dispute based solely on the letters . . . ." If any party believes the privilege dispute should not be resolved based on the letters already filed, it must make an application forthwith. The application must include the position of the other side.

      SO ORDERED.

Dated: March 10, 2022
       New York, New York

                                                                        _____
                                                                        GABRIEL W. GORENSTEIN
                                                                        United States Magistrate Judge