UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NOVARTIS PHARMA AG                            :

                                                       :    <u>ORDER</u>
                Plaintiff,

                                                       :    20 Civ. 400 (GHW) (GWG)
  -v.-
                                                       :

INCYTE CORPORATION                            :

                                                       :
                Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    For the reasons stated today on the record, the applications in Docket # 99, 115 and 116 are granted in part and denied in part. Also, due to the confidential business nature of the material involved, the motions to seal (Docket ## 104, 107, 117, 119) are granted.

SO ORDERED.

Dated: March 22, 2022
New York, New York

                                                                                  _____
                                                                                  GABRIEL W. GORENSTEIN
                                                                               United States Magistrate Judge