UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVARTIS PHARMA AG,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>INCYTE CORPORATION,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-00400-GHW<br><br>**Hon. Gregory H. Woods**<br>**Hon. Gabriel W. Gorenstein**<br><br>AMENDMENT TO CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER |

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

　　　　The Civil Case Management Plan and Scheduling Order, filed March 15, 2021 (Rec. Doc. 62) (the "CMO"), as amended on September 22, 2021 (Rec. Doc. 76), January 5, 2022 (Rec. Doc. 86), March 10, 2022 (Rec. Doc. 112), April 14, 2022 (Rec. Doc. 126), and May 23, 2022 (Rec. Doc. 134) is hereby revised and amended solely to the following extent, and all other deadlines and information contained in the CMO continue to apply:

　　8.　　Expert Discovery

　　　　a.　　All expert discovery shall be completed no later than June 29, 2022.

　　10.　　Motions for summary judgment, if any, shall be filed no later than August 15, 2022. Pursuant to the authority of Fed. R. Civ. P. 16(c)(2) and Judge Woods' Individual Rule 2(C), any motion for summary judgment will be deemed untimely unless a request for a pre-motion conference relating thereto is made in writing approximately within one week after the close of discovery, with an additional eight days to account for the Independence Day holiday, *i.e.*, by July 14, 2022. The parties should review the Court's Individual Rule 2(C) for further details on the submission of, and responses to, pre-motion letters.
　　　　a.　　Opposition to any motion filed on August 15, 2022 shall be filed no later than September 19, 2022.
　　　　b.　　Replies in further support of any motion filed on August 15, 2022 shall be filed no later than October 4, 2022.

Any change in date of the status conference currently scheduled for June 28, 2022 at 4:30 pm will be addressed Judge Woods.

SO ORDERED:

June 6, 2022

DATED:

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

2