UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

NOVARTIS PHARMA AG,

                            Plaintiff,

              -against-

INCYTE CORPORATION,

                        Defendant.

------------------------------------------------------------------- X

1:20-cv-00400-GHW

ORDER

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 7/19/2022 |

GREGORY H. WOODS, District Judge:

On July 19, 2022, the Court held a conference to discuss Plaintiff's and Defendant's respective requests to file motions for summary judgment. As stated on the record during that conference, those requests are granted. The parties' respective motions for summary judgment, as well as any *Daubert* motions, are due no later than September 9, 2022. The parties' respective oppositions to those motions are due no later than October 7, 2022. Any replies to those motions are due no later than October 21, 2022.

        SO ORDERED.

Dated:  July 19, 2022
New York, New York

                                        GREGORY H. WOODS
                                  United States District Judge