```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
NOVARTIS INTERNATIONAL                                               :
PHARMACEUTICAL AG,                                                   :
                                                                     :
                                                  Plaintiff,         :
                                                                     :
                         -against-                                   :
                                                                     :
INCYTE CORPORATION,                                                  :
                                                                     :
                                                  Defendant.         :
                                                                     :
-------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2022

1:20-cv-00400-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The conference scheduled for November 16, 2022 at 2:00 p.m. is adjourned. The parties' dispute outlined in the joint letter (Dkt. No. 217) falls within the purview of the reference to Magistrate Judge Gabriel W. Gorenstein (Dkt. No. 102).

SO ORDERED.

Dated: November 16, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge