

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2023

Sylvia E. Simson
T +1 212.801.9200
simsons@gtlaw.com

October 4, 2023                         **MEMORANDUM ENDORSED**

**VIA ECF**

Hon. Gregory H. Woods
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007-1312

       Re:    *Novartis Pharma AG v. Incyte Corporation*, No. 1:20-cv-00400-GHW-GWG —
                Request to Adjourn October 5, 2023 Telephonic Conference

Dear Judge Woods:

      We represent Plaintiff Novartis Pharma AG ("Novartis") in the above-captioned action. We write to request a short adjournment of the telephonic conference concerning Novartis' Objection (ECF No. 303) to Magistrate Judge Gorenstein's Order as to Incyte Corporation's Post-Summary Judgment Claw Back of the Document Bates-Stamped INCY000009448 (ECF No. 274) that this Court scheduled for tomorrow, October 5, 2023, at 3:00 p.m., in an order entered this afternoon (ECF No. 337).

      Novartis requests an adjournment because its undersigned counsel and other lead counsel have scheduling conflicts, including a previously scheduled hearing in another case. No prior adjournment request regarding the telephonic conference has been made, and the requested adjournment will not affect any other scheduled dates.

      Defendant Incyte Corporation ("Incyte") consents to the requested adjournment. Novartis' and Incyte's respective counsel have met and conferred and are available on the following alternative dates, should one of them be acceptable to the Court: October 9, 2023 after 12:00 p.m. and October 10, 2023, except from 1:00 to 2:00 p.m.

      We thank the Court for its attention to this matter and for its consideration of this request.

Respectfully submitted,

*/s/ Sylvia E. Simson*

Sylvia E. Simson

cc:    All Counsel of Record (via ECF)

Application granted. The teleconference scheduled for October 5, 2023 is adjourned to October 10, 2023 at 11:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 338.

SO ORDERED.

Date: October 5, 2023          _____
                                        GREGORY H. WOODS
                                   United States District Judge

Greenberg Traurig, LLP | Attorneys at Law
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com