```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                  :
NOVARTIS INTERNATIONAL                :
PHARMACEUTICAL AG,                      :
                                                  :           1:20-cv-400-GHW
                                 Plaintiff,       :
                                                    :               <u>ORDER</u>
                 -against-                   :
                                                    :
INCYTE CORPORATION,                  :
                                                    :
                                 Defendant.   :
                                                    :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        For the reasons explained at the conference held on October 10, 2023, Plaintiff's objections, at Dkt. No. 303, to the order entered by Judge Gorenstein during the conference held on December 9, 2022, at Dkt. No. 274, are overruled.

        In addition, as discussed during the conference, the parties are directed to submit a joint letter by October 24, 2023, addressing the impact of this ruling on the parties' summary judgment motion practice.

        SO ORDERED.

Dated: October 10, 2023
          New York, New York

                                                     GREGORY H. WOODS
                                                   United States District Judge