

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _10/12/2023_

Sylvia E. Simson
Tel 212.801.9200
Fax 212.801.6400
simsons@gtlaw.com

**MEMORANDUM ENDORSED**

October 12, 2023

**VIA ECF**
Hon. Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

> Re: *Novartis Pharma AG v. Incyte Corporation*, No. 1:20-cv-00400-GHW-GWG– Joint Request For Extension Of Time To Re-File Documents Pursuant to Court's Orders On The Parties' Letter Motions to Seal and/or Redact Their Summary Judgment and *Daubert* Filings

Dear Judge Woods:

We represent Plaintiff Novartis Pharma AG ("Novartis") and write on behalf of both Novartis and Defendant Incyte Corporation (together, the "Parties") with respect to the deadline for the Parties to re-file their Summary Judgment and *Daubert* filings (the "Filings") pursuant to Your Honor's text orders granting in part and denying in part the Parties' requests to file the Filings under seal and/or with redactions. (Text Order Nos. 330, 331, 332, 333, 334, 335, 337, collectively, the "Sealing Orders").  On October, 4, 2023, Your Honor also held a court conference with the Parties and outlined further directives for the Parties to follow.  (Rec. Doc. No. 336).

The Sealing Orders require the Parties to spend a significant amount of time reviewing and assessing their respective filings internally and coordinating those redactions/sealing requests with the opposing party—especially where the document sought to be filed was produced by the opposing party, a third party, and/or potentially implicates another party's confidentiality concerns. The Parties are diligently working to prepare the revised filings and coordinating with each other concerning same.

Under the Court's Sealing Orders, Novartis' filing would be due on Saturday, October 21, 2023, and Incyte's filing would be due on Monday, October 23, 2023.  In light of the time required to coordinate with the Parties' respective clients, witnesses, and each other to ensure consistency and accuracy, in addition to ensuring that no potentially harmful confidential information is disclosed, as well as the Parties' and counsels' various other commitments, the Parties have met and conferred and agreed that it would be appropriate to extend the deadlines for these filings approximately three weeks, until Monday, November 13, 2023.  Therefore, the Parties respectfully request that the Court extend the deadlines for the Parties' filings to Monday, November 13, 2023.

Greenberg Traurig, LLP | Attorneys at Law
One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400

www.gtlaw.com

October 12, 2023
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Sylvia E. Simson*

Sylvia E. Simson

cc: All Counsel of Record (via ECF)

Application granted.  The deadline for Novartis and Incyte to each re-file their Summary Judgment and *Daubert* filings pursuant to the Court's Sealing Orders is extended to November 13, 2023.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 342.

SO ORDERED.

Dated: October 12, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge