

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2023
```

Sylvia E. Simson
Tel 212.801.9200
Fax 212.801.6400
Sylvia.simson@gtlaw.com

**MEMORANDUM ENDORSED**

November 8, 2023

**VIA ECF**

Hon. Gregory H. Woods
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

    Re:  *Novartis Pharma AG v. Incyte Corporation*, No. 1:20-cv-00400-GHW-GWG– Joint Request For Extension Of Time To Re-File Documents Pursuant to Court's Orders On The Parties' Letter Motions to Seal and/or Redact Their Summary Judgment and *Daubert* Filings

Dear Judge Woods:

    We represent Plaintiff Novartis Pharma AG ("Novartis") and write on behalf of both Novartis and Defendant Incyte Corporation (together, the "Parties") with respect to the deadline for the Parties to re-file their respective Summary Judgment and *Daubert* filings (the "Filings") pursuant to Your Honor's text orders granting in part and denying in part the Parties' requests to file the Filings under seal and/or with redactions. (Text Order Nos. 330, 331, 332, 333, 334, 335, 337, 349 collectively, the "Sealing Orders").[1]

    The Parties' counsel have been working diligently to prepare the revised Filings and coordinating with their respective clients, each other, and third parties who produced materials in this litigation. However, the Parties require additional time to prepare the revised filings based on the amount of time it is taking to coordinate and to thoroughly review and analyze confidentiality concerns within the substantial amount of materials and exhibits submitted with the Parties' Filings. The Parties will also need to incorporate the Court's direction on certain matters identified in the Sealing Orders once the Court rules on Novartis' November 1, 2023 clarification request. (Doc. No. 353). In light of the foregoing as well as the upcoming Thanksgiving holiday, the Parties jointly request that this Court extend the deadlines for the resubmission of the Filings from November 13, 2023 until Friday, December 1, 2023. This is the second joint request for an extension of time of the Parties' deadlines associated with submitting revised Filings and all parties consent to this request.

---

[1] On October, 4, 2023, Your Honor also held a conference and outlined further directives for the Parties to follow. (Doc. No. 336).

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com

November 8, 2023
Page 2

      We thank the Court for its attention to this matter and its consideration of the relief sought herein.

                                      Respectfully submitted,

                                      */s/ Sylvia E. Simson*

                                      Sylvia E. Simson

cc:    All Counsel of Record (via ECF)

Application granted. The Filings are due no later than December 1, 2023. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 354.

SO ORDERED.

Dated: November 8, 2023
New York, New York

                                      GREGORY H. WOODS
                                      United States District Judge