```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NOVARTIS INTERNATIONAL               :
PHARMACEUTICAL AG,                   :
                                     :
                         Plaintiff,  :        1:20-cv-400-GHW
                                     :
           -v -                      :            ORDER
                                     :
INCYTE CORPORATION,                  :
                                     :
                         Defendant.  :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    A jury trial in this matter will begin on **Monday, May 5, 2025, at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Monday, April 7, 2025 at 10:00 a.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

    The parties are directed to submit the following materials no later than Monday, February 3, 2025: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

    As part of the joint pretrial order, each party is required to submit designations of the deposition testimony to be offered in its chase in chief, as well as any counter-designations by the other party. In addition to submitting these designations as part of the joint pretrial order, the

parties are instructed to submit them to the Court by email (WoodsNYSDChambers@nysd.uscourts.gov), at the time of filing, in a single native Excel spreadsheet.  The spreadsheet should have separate columns for the parties' deposition designations and counter-designations.  Each cell within these columns should include a "comment" that reproduces the excerpted testimony referenced in the designation or counter-designation.  Instructions on how to add "comments" to an Excel spreadsheet cell can be found at the following link: https://perma.cc/5TUR-U5U5.

      SO ORDERED.

Dated:  August 9, 2024  
New York, New York

                                              GREGORY H. WOODS  
                                            United States District Judge