USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NOVARTIS INTERNATIONAL
PHARMACEUTICAL AG,

                       Plaintiff,

         -v -

INCYTE CORPORATION,

                   Defendant.
-------------------------------------------------------------- X

1:20-cv-400-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record during the conference held on February 21, 2025, Defendant's motion to compel the documents described in the parties' February 12, 2025 letter in advance of its anticipated deposition of Mr. Peter Harwich is due by March 3, 2025. Plaintiff's opposition and counter-motion to compel, if any, is due by March 10, 2025. Defendant's reply and opposition to Plaintiff's counter-motion, if any, is due by March 17, 2025. Plaintiff's sur-reply in support of its counter-motion, if any, is due by March 21, 2025.

      Pursuant to the reference order in this case, Dkt. No. 102, the parties' motions should be addressed to Judge Gorenstein.

      SO ORDERED.

Dated: February 21, 2025
New York, New York

                                        GREGORY H. WOODS
                                  United States District Judge