USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NOVARTIS INTERNATIONAL  :
PHARMACEUTICAL AG,  :
  :
                               Plaintiff,  :                1:20-cv-400-GHW
  :
          -v -  :                 ORDER
  :
INCYTE CORPORATION,  :
  :
                              Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On April 14, 2025, the Court circulated to the parties, via email, provisional rulings on the parties' deposition designations arising from the depositions of David Butera, Daniel Maravei, and Kim Solomon. The parties should be prepared to discuss the Court's provisional rulings at the conference scheduled for April 23, 2025 at 10:00 a.m. As noted in the documents circulated to the parties, the Court's provisional rulings do not address whether a proper foundation has been laid for the introduction at trial of any documents that are the subject of a deposition question. The Court expects that the parties will be prepared to lay the proper foundation for such documents separately at trial, or to demonstrate that the proper foundation was laid for such documents during the deposition.

       SO ORDERED.

Dated: April 14, 2025
New York, New York

                                                      GREGORY H. WOODS
                                           United States District Judge