```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NOVARTIS INTERNATIONAL :
PHARMACEUTICAL AG, :
 :
                               Plaintiff,    :          1:20-cv-400-GHW
 :
              -v -                           :          ORDER
 :
INCYTE CORPORATION, :
 :
                               Defendant.    :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the April 23, 2025 conference, Defendant's first, second, third, fourth, and fifth motions in limine are DENIED. Dkt. No. 492. Defendant's sixth motion in limine is deemed withdrawn. *Id.* Novartis's first motion in limine, Dkt. No. 484, and third motion in limine, Dkt. No. 488, are GRANTED. Novartis's fourth motion in limine, Dkt. No. 491, is DENIED. Novartis's fifth motion in limine, Dkt. No. 494, is GRANTED IN PART and DENIED IN PART. Novartis's second motion in limine, Dkt. No. 486, is deemed withdrawn.

The following deadlines are also imposed for the reasons stated on the record. The deadline for Plaintiff to submit papers in opposition to Defendant's objections to Judge Gorenstein's April 17, 2025 order, Dkt. No. 572, is April 28, 2025 at 9:00 p.m. The deadline for the parties to submit a joint letter with their respective views as to the admissibility of certain deposition designations where a deponent responded to a question by stating that they lacked knowledge or recollection is also April 28, 2025 at 9:00 p.m. For the avoidance of doubt, that joint letter should identify the specific deposition designations to which parties' positions pertain. Finally, the deadline for the parties to submit a joint proposed jury charge instructing the jury that it may not "infer a breach of contract from improper motive," Dkt. No. 492, is April 30, 2025.

The Clerk of Court is directed to terminate the motions pending at Dkt Nos. 484, 486, 488, 491, 492, and 494.

SO ORDERED.

Dated: April 23, 2025  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge

2