```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOVARTIS PHARMA AG,

                Plaintiff,

v.

INCYTE CORPORATION,

                Defendant.

## MEMORANDUM ENDORSED

Case No. 1:20-cv-00400-GHW-GWG

Hon. Gregory H. Woods

Magistrate Judge Gabriel W. Gorenstein

### JOINT STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Novartis Pharma A.G. and Defendant Incyte Corporation, (collectively, the "Parties"), through their undersigned counsel of record, that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All Parties agree to bear their own fees and costs, including attorneys' fees, and waive any right to seek fees and costs from other Parties.

[Signatures on next page]

STIPULATED AND AGREED:

Dated: June 12, 2025

GREENBERG TRAURIG, LLP
KIRKLAND & ELLIS LLP

*/s/ Michael F. LeFevour*

Donna M. Welch
Michael F. LeFevour
333 West Wolf Point Plaza
Chicago, IL 60654
312-862-2425
michael.lefevour@kirkland.com
dwelch@kirkland.com

Robert Mike Brock
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 389-5000
mike.brock@kirkland.com

Sylvia E. Simson
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200
sylvia.simson@gtlaw.com

*Attorneys for Plaintiff Novartis Pharma AG*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
PAUL HASTINGS LLP

*/s/ F. Dominic Cerrito*

F. Dominic Cerrito
Ellyde R. Thompson
Eric Stops
Andrew Chalson
Luke H. Phillips
295 5th Avenue
New York, NY 10016
(212) 849-7000
nickcerrito@quinnemanuel.com
ellydethompson@quinnemanuel.com
ericstops@quinnemanuel.com
andrewchalson@quinnemanuel.com
lukephillips@quinnemanuel.com

Eric W. Dittmann
Avi Weitzman
Joshua M. Bennett
Melanie R. Rupert
200 Park Avenue
New York, NY 10166
(212) 318-6000
ericdittmann@paulhastings.com
aviweitzman@paulhastings.com
joshuabennett@paulhastings.com
melanierupert@paulhastings.com

*Attorneys for Defendant Incyte Corporation*

SO ORDERED.

Dated:
New York, New York

_____
GREGORY H. WOODS
United States District Judge

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: June 12, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2